**UNITED STATES BANKRUPTCY COURT**
Western District of Virginia

In re:

**Breon Mebane Scott**
  Debtor

Case No. 08−60371

    SSN: xxx−xx−7514
    Tax I.D. No.:

Date Filed: 2/21/08

**Jonita Maudleen Scott**
  **Joint Debtor**

Chapter 7

    SSN: xxx−xx−1223
    Tax I.D. No.:

**DISCHARGE OF DEBTOR(S)**

It appearing from the record that the above−named debtor is entitled to a discharge, IT IS ORDERED:

1. The debtor is released from all personal liability for debts existing on the date of commencement of this case, or deemed to have existed on such a date pursuant to Section 348(d) of the Bankruptcy Code (Title 11, United States Code).

2. Any existing judgement or any judgement which may be obtained in any Court with respect to debts described in paragraph 1 is null and void as a determiniation of personal liability of the debtor except:

    a. Debts determined nondischargeable by the Bankruptcy Court pursuant to Section 523(a)(2), (4), (6) and (15) of the Bankruptcy Code; and

    b. Debts which are nondischargeable pursuant to Section 523(a)(1), (3), (5), (7), (8) and (9) of the Bankruptcy Code.

3. This Order does not affect any pending complaint to have a debt declared nondischareable pursuant to Section 523(a)(2), (4), (6) and (15) of the Bankruptcy Code, nor does it prohibit filing of a complaint under Section 523(a)(1), (3), (5), (7), (8) and (9) of the Bankruptcy Code.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

5. By virtue of Section 525 of the Bankruptcy Code, no government unit or private employer may terminate the employment of or discriminate with respect to employment against debtor solely because relief was sought in the Bankruptcy Court.

**Dated:** 6/10/08

_____
WILLIAM E. ANDERSON, JUDGE

dis01.jsp

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0423-6           User: robertson             Page 1 of 2              Date Rcvd: Jun 10, 2008
Case: 08-60371                 Form ID: b18                Total Served: 65

The following entities were served by first class mail on Jun 12, 2008.
db           +Breon Mebane Scott,    1401 Llewellyn Ave,    South Boston, VA 24592-4527
jdb          +Jonita Maudleen Scott,    1401 Llewellyn Ave,    South Boston, VA 24592-4527
2535371      +ACF Medical Services, Inc.,    PO Box 13645,    Roanoke, VA 24036-3645
2535374      +Allied Data Corporation,    Attn Bankruptcy Department,    13111 Westheimer Rd Ste 400,
               Houston, TX 77077-5547
2535375      +Alltel,   Building 4, Second Floor,    1 Allied Dr,    Little Rock, AR 72202-2099
2535380       BMG Music Service,    PO Box 1958,    Indianapolis, IN 46291-0010
2535378      +Bank Of America,    PO Box 25118,    Tampa, FL 33622-5118
2535377      +Bank Of America,    Attn Bankruptcy Department,    100 S Charles St,    Baltimore, MD 21201-2725
2535382      +Central Florida Investments, Inc.,    Westgate,    5601 Windhover Dr,    Orlando, FL 32819-7936
2535383       City Of Danville,    Division Of Central Collections,    PO Box 3308,    Danville, VA  24543-3308
2535384      +CollectCorp,    455 N 3rd St Ste 260,    Phoenix, AZ 85004-0630
2535385      +Cornerstone Family Chiropractic,    3164 Halifax Rd,    South Boston, VA 24592-4906
2535386      +Credit Consultants Of Central Carolina,    PO Box 14008,    Archdale, NC 27263-7008
2535387      +Dailamerica Marketing, Inc.,    960 Macarthur Blvd,    Mahwah, NJ 07495-0094
2535388      +Danville Regional Medical,    Attn Bankruptcy Department,    142 S Main St,
               Danville, VA 24541-2987
2535389      +Debt Recovery Solutions,    Post Office Box 9001,    Westbury, NY 11590-9001
2535390       Duke Private Diagnostic Clinic,    PO Box 900002,    Raleigh, NC  27675-9000
2535391      +Duke University Health Systems,    PO Box 101967,    Atlanta, GA 30392-1967
2535392      +Durham & Durham, LLP,    400 Galleria Pkwy SE Ste 1810,    Atlanta, GA 30339-5953
2535393      +Electric Service Company,    508 N Main St,    South Boston, VA 24592-3218
2535395      +Fast Auto Loans,    PO Box 500626,    Atlanta, GA 31150-0626
2535394      +Fast Auto Loans,    3154 Halifax Rd,    South Boston, VA 24592-4906
2535396      +Focused Recovery Solutions,    9701 Metropolitan Ct Ste B,    Richmond, VA 23236-3690
2535397       Focused Recovery Solutions, Inc.,    9701 Metropolitan Court, Ste B,    Richmond, VA  23236-3690
2535398      +Friedmans,    Attn Bankrupcty Department,    171 Croosroads Parkway,    Savannah, GA 31407-3021
2535399      +Fuller Roberts Clinic, Inc.,    PO Box 10,    South Boston, VA 24592-0010
2535400      +GC Services Limited Partnership,    ATTN Bankruptcy,    6330 Gulfton St,    Houston, TX 77081-1198
2535401       Genesis Financial Solutions,    Attn Bankruptcy Department,    Post Office Box 4865,
               Beaverton, OR 97076-4865
2535402      +Halfiax County General District Court,    PO Box 458,    Halifax, VA 24558-0458
2535403      +Halfiax Regional Hospital,    Attn Accounting Department,    2204 Wilborn Ave,
               South Boston, VA 24592-1638
2535404      +Halifax County General District Court,    PO Box 458,    Halifax, VA 24558-0458
2535405      +Halifax County Rescue Squad,    PO Box 183,    South Boston, VA 24592-0183
2535406      +Halifax Radiological Associates,    PO Box 340,    Halifax, VA 24558-0340
2535407      +Hupps Mill Medical Associates,    2100 Wilborn Ave,    South Boston, VA 24592-1628
2535408       Internal Revenue Service,    PO Box 9006,    Holtsville, NY  11742-9006
2535409      +J. L. Walston & Associates,    1530 N Gregson St,    Durham, NC 27701-1155
2535410      +James H. Priest, DDS,    420 Hamilton Blvd,    South Boston, VA 24592-5200
2571211      +King’s Cash Advance,    3270 Folkways Blvd, Ste 200,    Lincoln, NE 68504-1264
2535411      +Kings Cash Advance,    97-B Main St,    South Boston, VA 24592-4621
2535413      +Mac Ragans Auto,    PO Box 394,    South Boston, VA 24592-0394
2535414      +Merchant’s Credit Guide Company,    223 W Jackson Blvd,    Chicago, IL 60606-6993
2535416      +NCO Financial,    507 Prudential Rd,    Horsham, PA 19044-2368
2535417      +NCO Financial Systems,    Attn Bankruptcy Department,    PO Box 4907,    Trenton, NJ 08650-4907
2535415      +NationsLine,    Attn Bankruptcy Department,    Post Ofice Box 13287,    Roanoke, VA 24032-3287
2535418      +Northland Group, Inc.,    Attn Bankruptcy Department,    Post Office Box 390846,
               Edina, MN 55439-0846
2535419       Office Of The US Trustee,    Roanoke Div.,    210 1st St SW Ste 505,    Roanoke, VA  24011-1620
2535420      +Payday Advance,    4126 Halifax Rd,    South Boston, VA 24592-4834
2535421      +Piedmont Credit And Collection,    PO Box 1596,    Danville, VA 24543-1596
2535422      +Private Diagnstic Clinic, PLLC,    Attn Bankruptcy Department,    PO Box 900002,
               Raleigh, NC 27675-9000
2535423      +Rays Recovery And Sales,    3217 Ringgold Depot Rd,    Ringgold, VA 24586-3529
2535425      +S. L. Jeffress Company,    2000 N Main St,    South Boston, VA 24592-1802
2535426      +Southside Community Service Board,    PO Box 488,    South Boston, VA 24592-0488
2535427      +Southside Emergency Physicans,    PO Box 1115,    South Boston, VA 24592-1115
2535428      +Specialty Merchandise Corporation,    996 Flower Glen St,    Simi Valley, CA 93065-1900
2535429      +Sprint Customer Service,    Attn Bankruptcy Department,    PO Box 96064,    Charlotte, NC 28296-0064
2535430      +Tate & Kirlin Associates,    Attn Bankruptcy Department,    2810 Southhampton Road,
               Philadelphia, PA 19154-1207
2535431       Virginia Department Of Taxation,    Legal Unit,    PO Box 2156,    Richmond, VA  23218-2156
2535432       Westgate Resort,    Central Florida Investments,    6501 Windhover Drive,    Orlando, FL  32819

The following entities were served by electronic transmission on Jun 11, 2008.
2535372      +Fax: 864-336-7400 Jun 11 2008 00:43:01      Advance America,    3459 Old Halifax Rd Ste 1,
               South Boston, VA 24592-4900
2535373       EDI: AFNIRECOVERY.COM Jun 10 2008 21:43:00      Afni, Inc.,    Attn Bankruptcy Department,
               PO Box 3427,    Bloomington, IL 61702-3427
2535376       EDI: ARROW.COM Jun 10 2008 21:43:00      Arrow Financial,    5996 W Touhy Ave,
               Niles, IL  60714-4610
2535379       EDI: BANKAMER.COM Jun 10 2008 21:43:00      Bank Of America,    PO Box 15026,
               Wilmington, DE  19850-5026
2535378      +EDI: BANKAMER2.COM Jun 10 2008 21:43:00      Bank Of America,    PO Box 25118,
               Tampa, FL 33622-5118
2535377      +EDI: BANKAMER2.COM Jun 10 2008 21:43:00      Bank Of America,    Attn Bankruptcy Department,
               100 S Charles St,    Baltimore, MD 21201-2725
2535381       EDI: CAPITALONE.COM Jun 10 2008 21:43:00      Capital One Bankruptcy,    PO Box 5155,
               Norcross, GA  30091-5155
2535412      +EDI: PHINPLAZA.COM Jun 10 2008 21:43:00      Law Office Of Mitchell N .Kay,
               Attn Bankruptcy Department,    7 Penn Plz,    New York, NY 10001-3995
```

```
District/off: 0423-6           User: robertson         Page 2 of 2          Date Rcvd: Jun 10, 2008
Case: 08-60371                 Form ID: b18            Total Served: 65

The following entities were served by electronic transmission (continued)
2535424        E-mail/Text: COLLEEN.ATKINSON@RMSCOLLECT.COM
               Receivables Management Systems,   PO Box 8630,   Richmond, VA  23226-0630
                                                                                         TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2008**                    **Signature:**   _Joseph Speetjens_